UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIANNE NESTOR,

Appellant,

-against-

PENACHIO MALARA, LLP,

Appellee.

26-cv-6912 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On October 2, 2026, the Court ordered appellant to show cause in writing within 14 days as to why this appeal should not be dismissed for failure to prosecute. *See* Dkt. 2. Having received no response, it is ORDERED that the above-entitled action is hereby DISMISSED. The Clerk of Court is respectfully directed to close the case and mail a copy of this order to appellant.

SO ORDERED.

Dated: October 29, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge